UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JERRY D. POUGH, | Case No. 3:24-cv-00067-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| WILLIAM GITTERE, *et al.*, | |
| Respondents. | |

*Pro se* Petitioner Jerry D. Pough has filed a purported federal habeas petition and submitted an *in forma pauperis* ("IFP") application. (ECF Nos. 1, 1-1, 1-2.) The court finds good cause exists to grant Pough's IFP application. However, Pough did not file his petition on the appropriate form or in substantial compliance with the form but, instead, hand-wrote a petition on blank paper. Pough's hand-written petition fails to disclose the required information. The form is important as it provides the court with necessary information to conduct a preliminary review of the petition. Further, Pough's hand-written petition is illegible in spots. Accordingly, on or before March 29, 2024, Pough must file an amended petition on the court's form.[1] In doing so, Pough is advised to follow the instructions on the form, clearly title the amended petition as such, and place the case number (3:24-cv-00067-ART-CSD) in the designated space.

It is therefore ordered that on or before March 29, 2024, Petitioner Jerry D. Pough must file an amended petition on the court's form.

It is further ordered that Pough's failure to timely comply with this Order will result in the dismissal of this case without prejudice and without further advance notice.

---

[1] Pough remains responsible at all times for calculating the applicable statute of limitations. By ordering Pough to amend his petition, the court makes no finding or representation that either the original or amended petition will be considered timely.

1

It is further ordered that the Clerk of Court send Pough (1) one blank copy of the form petition for a writ of habeas corpus under 28 U.S.C. § 2254 along with instructions, and (2) a copy of the Petition (ECF No. 1-1).

Dated this 20th day of February 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE